THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 01, 2010



_____
Honorable Pamela Pepper
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:  MIDWEST PROPERTIES OF SHAWANO, LLC,

Debtor-in-Possession.

Case No. 10-31515-pp

Chapter 11

**ORDER TRANSFERRING VENUE TO THE DISTRICT OF DELAWARE PURSUANT TO FED. R. BANKR. P. 1014(a)(1)**

The debtor-in-possession (DIP) has raised allegations that this Court cannot be fair and impartial, because creditor Fox Community Credit Union is represented by a law firm owned by the brother of one of the Court's fellow judges. The DIP also has alleged that it cannot receive fair treatment in Wisconsin, because of certain prejudices held against it by the municipal government in the town in which it is located. Finally, the Court notes that the DIP was involved in a previous Chapter 11 case in the district of Delaware, which appears to have involved many (if not all) of the same debts involved in the current case. The previous case was pending in Delaware for much longer than this case has been pending here in Wisconsin.

For all of these reasons, at a hearing on July 30, 2010, the United States

Trustee suggested that this Court to transfer venue of this case to the District of Delaware.  After discussing the matter with the parties, the Court agreed.

WHEREFORE, for the reasons stated on the record at the July 30, 2010 hearing, this Court hereby **ORDERS** that this case be transferred to the District of Delaware forthwith, in the interest of justice.

# # # # #